FILED
2020 Jan-16 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| YONG CHA LEE, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 7:19-cv-01306-CLM-SGC |
| PATRICIA BRADLEY, | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

On November 20, 2019, the magistrate judge entered a report recommending this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 be denied. (Doc. 10). Although the petitioner was notified of her right to file objections within fourteen (14) days, no objections have been received by the Court. The Court also notes that petitioner was released from Bureau of Prisons custody on Friday, January 10, 2020.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendation. In accordance with the recommendation, the court finds the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**.

A separate order will be entered.